BEFORE THE SECOND DIVISION, MARCH 20, 1958

**No. 61707.**—Barr Shipping Co., Inc. *v.* United States, protest 306086–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 61708.**—D. C. Andrews & Company, Inc. *v.* United States, protest 306970–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 61709.**—Cosmos Shipping Co., Inc. *v.* United States, protest 307313–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 61710.**—Manca, Inc. *v.* United States, protest 302738–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 61711.**—Joseph C. Murray & Co. *v.* United States, protest 307333–K (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 61712.**—Tice & Lynch, Inc. *v.* United States, protest 307914–K (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 61713.**—J. A. Manton Co. and Lo Curto & Funk *v.* United States, protest 307917–K (New York).

Opinion by RAO, J.   The protest was dismissed.

**No. 61714.**—Aero Sea Shipping Corporation *v.* United States, protest 309436–K (New York).

Opinion by RAO, J.   The protest was dismissed.